**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA**

John Vest, Margaret Culton, and William
Yates, individually and as the representatives
of a class of similarly situated persons,

        Plaintiffs,                 Case No. 5:26-cv-04011

        v.

CVR Energy, Inc., CVR Partners, LP,
Coffeyville Resources Nitrogen Fertilizers,
LLC, Coffeyville Resources Refining &
Marketing, LLC,

        Defendants.

DESIGNATION OF PLACE OF TRIAL

Comes now Plaintiffs, and designate Topeka, Kansas as the place of trial for the above captioned matter.

Respectfully submitted,

*/s/ Daniel Shane Bangerter*
Daniel Shane Bangerter SC 14527
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com
*Counsel for Plaintiff*