**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT TOPEKA**

| | |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons, | |
| Plaintiff, | |
| v. | Case No. 5:26-cv-04011 |
| CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC, | |
| Defendants. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs are domiciled in Coffeyville, Montgomery County, Kansas. Plaintiffs are thus citizens of Kansas for diversity purposes under 28 U.S.C. § 1332.

Respectfully submitted,

*/s/ Daniel Shane Bangerter*
Daniel Shane Bangerter SC 14527
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com
*Counsel for Plaintiffs*

1