IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

|  |  |
|---|---|
| JOHN VEST, MARGARET CULTON AND WILLIAM YATES, individually and as the representatives of a class of similarly situated person,<br><br>          Plaintiffs,<br><br>vs.<br><br>CRV ENERGY, INC. CVR PARTNERS, LP, COFFEYVILLE RESOURCES NITROGEN FERTILIZERS, LLC AND COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,<br><br>          Defendants. | CASE NO: 5:26-cv-04011-KHV-TJJ |

CLERK'S EXTENSION OF TIME

In accordance with D. Kan. R. 77.2(a)(2), Defendants CRV Energy, Inc. CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC., moved for a clerk's extension of fourteen (14) days within which to respond to Plaintiffs' Complaint.

Plaintiffs served Defendants with the Complaint on February 3, 2026. Defendants' response to the Complaint is therefore currently due on February 24, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). Defendants' time to answer, reply or otherwise respond to Plaintiff's Complaint has not yet expired.

1

**IT IS THEREFORE ORDERED**, Defendants are granted an additional fourteen (14) days to respond to Plaintiff's Complaint in the above matter, up to and including, March 10, 2026.

Signed this 24th day of February, 2026.

/s/ M. Harrison

Deputy Clerk of the District Court
United States District Court, District of Kansas

Respectfully submitted,


*/s/ Patrick N. Fanning*
Patrick N. Fanning      KS #19015
William G. Beck        KS #77974
Elizabeth Hatting      MO #67337
Stephanie Bradshaw   MO #67564
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 460-5416 (direct)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEY FOR DEFENDANTS