AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF KANSAS

| | |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  5:26-cv-04011 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CVR ENERGY, INC.
> C/O Corporation Service Company
> 251 Little Falls Drive
> Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel Shane Bangerter
> Bangerter Law, P.A.
> P.O. Box 1118
> Dodge City, KS 67801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    1/26/2026

s/N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Case 5:26-cv-04011-KHV-JBW    Document 9    Filed 03/09/26    Page 2 of 5

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-04011

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CVR Energy, Inc.

was received by me on *(date)*    01/26/2026    .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    Summons and Petition served via certified mail, return receipt to the Registered Agent of CVR Energy, Inc., Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808 on February 3, 2026. Signed for by Ryan MacArthur.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    03/02/2026

_____
*Server's signature*

Daniel Shane Bangerter
_____
*Printed name and title*

P.O. Box 1118, Dodge City, KS 67801
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CVR Energy, Inc
C/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 6161 0220 3721 16

2. Article Number *(Transfer from service label)*

7013 2250 0001 5448 7917

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt



**USPS TRACKING #**

WILMINGTON DE 197
FEB 2026 3 L

9590 9402 6161 0220 3721 16

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bongerter Law, P.A.
Attn: April
P.O. Box 1118
Dodge City, KS 67801

**ALERT: WINTER WEATHER IN NORTH CENTRAL AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›
(HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70132250000154487917

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 11:16 am on February 3, 2026 in WILMINGTON, DE 19808.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WILMINGTON, DE 19808
February 3, 2026, 11:16 am

● **Out for Delivery**
WILMINGTON, DE 19808
February 3, 2026, 9:15 am

● **Arrived at Post Office**
WILMINGTON, DE 19808
February 3, 2026, 9:04 am

● **Arrived at USPS Regional Facility**
WILMINGTON DE DISTRIBUTION CENTER
February 2, 2026, 3:04 pm

● **In Transit to Next Facility**
February 1, 2026

● **Arrived at USPS Regional Facility**
KANSAS CITY MO DISTRIBUTION CENTER
January 30, 2026, 10:33 pm

● **Arrived at USPS Regional Origin Facility**
WICHITA KS DISTRIBUTION CENTER
January 30, 2026, 10:50 am

● **Departed Post Office**
DODGE CITY, KS 67801
January 29, 2026, 5:54 pm

● **USPS picked up item**
DODGE CITY, KS 67801
January 29, 2026, 9:01 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                    ⌄

Feedback

**Product Information** ⌄

**See Less** ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs