IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JOHN VEST, et al.

               Plaintiffs,

vs.

CVR ENERGY, INC., et al,

               Defendants.

CASE NO: 5:26-cv-04011-KHV-TJJ

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 Defendants file their Disclosure Statement and identify the following information:

1. Defendant CVR Energy, Inc. is a publicly held corporation (NYSE: CVI). Icahn Enterprises L.P. is a publicly held limited partnership (NASDAQ: IEP), which indirectly and through affiliates or subsidiaries, including IEP Energy LLC, owns more than 10% of CVR Energy, Inc.'s stock. No other company currently owns 10% or more of CVR Energy, Inc.'s stock.

2. Defendant CVR Partners, LP is a publicly held limited partnership (NYSE: UAN). Icahn Enterprises L.P. is a publicly held limited partnership (NASDAQ: IEP), which indirectly and through affiliates or subsidiaries, including Defendant CVR Energy, Inc., owns more than 10% of CVR Partners, LP. No other company currently owns 10% or more of CVR Partners, LP's interests.

3. Defendant Coffeyville Resources Nitrogen Fertilizers, LLC is a wholly owned subsidiary of CVR Partners, LP.

1

4.  Defendant Coffeyville Resources Refining & Marketing, LLC, is a privately held limited liability company. CVR Energy, Inc., indirectly and through subsidiaries, owns 100% of Coffeyville Resources Refining & Marketing, LLC.

Respectfully submitted,

*/s/ Patrick N. Fanning*
Patrick N. Fanning      KS #19015
William G. Beck         KS #77974
Elizabeth Hatting       MO #67337
Stephanie Bradshaw   MO #67564
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

On March 10, 2026, I filed a copy of the above pleading with a copy automatically being routed to all counsel who have entered an appearance via the Court's ECM/ECF system.

/s/ *Patrick N. Fanning*
An Attorney for Defendants

2