IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VEST, et al., | |
| Plaintiffs, | |
| v. | Case No. 5:26-cv-04011-KHV-TJJ |
| CVR ENERGY, INC., et al., | |
| Defendants. | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS COUNT III OF COMPLAINT (MEDICAL MONITORING CLAIM)

### INTRODUCTION

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendants CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC, move the Court to dismiss Count III of Plaintiffs' complaint because Kansas does not recognize a separate cause of action for medical monitoring. Plaintiffs have therefore failed to state a claim upon which relief may be granted against Defendants in Count III of their complaint under Rule 12(b)(6), *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

WHEREFORE, Defendants respectfully ask the Court to issue its order dismissing Count III of Plaintiffs' complaint with prejudice, for an award of Defendants' taxable costs, and for such other and further relief as may be warranted under the circumstances.

2

Respectfully submitted,

/s/ Patrick N. Fanning

Patrick N. Fanning      KS #19015
William G. Beck         KS #77974
Elizabeth Hatting       MO #67337
Stephanie Bradshaw      KS #26716
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I filed the foregoing pleading via the district court's ECM/ECF system, with an electronic copy being automatically routed to all counsel who have entered an appearance.

/s/ Patrick N. Fanning
Attorney for Defendants

3