**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA**

|  |  |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons,<br><br>        Plaintiffs,<br><br><br>    v.<br><br>CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC,<br><br>        Defendants. | Case No. 5:26-cv-04011 |

<u>PLAINTIFFS' MOTION FOR LEAVE TO ALLOW FLETCHER TRAMMELL TO
APPEAR PRO HAC VICE</u>

Plaintiffs respectfully move, pursuant to D. Kan. Rule 83.5.4 and the Court's inherent authority, for an order permitting attorney Fletcher Trammell to appear pro hac vice as counsel for Plaintiffs in this matter. In support, Plaintiffs state as follows:

1.      This is a federal civil action pending in the District of Kansas arising from alleged environmental harms associated with Defendants' refinery and fertilizer facilities in Coffeyville, Kansas. This action is styled John Vest, Margaret Culton, and William Yates v. CVR Energy, Inc., et al., Case No. 5:26-cv-04011, in the United States District Court for the District of Kansas. The complaint names CVR Energy, Inc.; CVR Partners, LP; Coffeyville Resources Nitrogen Fertilizers, LLC; and Coffeyville Resources Refining & Marketing, LLC as defendants. Plaintiffs have designated Topeka, Kansas as the place of trial.

2.      Applicant. The attorney seeking admission pro hac vice is:

(a)     Name: Fletcher Trammell

(b)     Business Address: 3262 Westheimer Road, Suite 423, Houston, TX 77098

(c)     Telephone: 800-405-1740

(d)     Facsimile: 800-532-0992

(e)     Email: fletch@trammellpc.com

3.      Bar Admissions. Applicant is a member in good standing of the bar(s) of Texas and New York, and is admitted to practice before the following courts: Supreme Court of Texas, and Appellate Division of the Supreme Court of New York.

4.      Local Counsel. In accordance with D. Kan. Rule 83.5.4, Plaintiffs are represented by local counsel who is a member in good standing of the Bar of this Court and maintains an office in the District of Kansas, and who has entered an appearance, will sign all filings, and accept service on behalf of Plaintiffs. Local counsel information:

(a)     Name: Daniel Shane Bangerter

(b)     Kansas Bar No.: 14527

(c)     Firm: Bangerter Law, P.A.

(d)     Address: 810 W. Frontview, Dodge City, Kansas 67801

(e)     Telephone: 620-339-4115

(f)     Email: shane@blawpa.com

5.      Familiarity with Local Rules. Applicant has reviewed and agrees to comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the local rules

of the District of Kansas (including Rule 83.5.4), and all orders of this Court.

6.      CM/ECF Registration. Applicant will register as a Filing User in the Court's CM/ECF system upon the Court's granting of this motion and will comply with all CM/ECF requirements.

7.      Disciplinary History. Applicant affirms that he:

(a)      has not been suspended or disbarred from practice in any jurisdiction;

(b)      has no pending disciplinary complaints;

(c)      has not been denied admission pro hac vice in any court.

8.      Applicant has appeared pro hac vice in the District of Kansas in the following cases within the past 12 months: None.

9.      Fee. The required pro hac vice admission fee will be paid contemporaneously with or promptly after the filing of this motion, as directed by the Clerk.

10.      Designation for Service. Local counsel identified above is designated to accept service of all papers and communications from the Court and opposing counsel.

11.      Good Cause. Good cause exists to grant this motion because Plaintiffs seek to have their chosen counsel, who has specialized knowledge pertinent to the issues in this case, participate in their representation, while fully complying with all requirements for association with local counsel and the Court's rules. This case involves alleged emissions and operations at Defendants' Coffeyville refinery and fertilizer facilities, with putative class allegations concerning residents within a six-mile radius of those facilities.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and

enter an order admitting attorney Fletcher Trammell to appear pro hac vice as counsel for Plaintiffs in this action, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Daniel Shane Bangerter*
Daniel Shane Bangerter SC 14527
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com
*Counsel for Plaintiffs*