IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN VEST, et al.,

Plaintiffs,

v.

Case No. 5:26-cv-04011-KHV-TJJ

CVR ENERGY, INC., et al.,

Defendants.

## DEFENDANTS CVR ENERGY, INC., AND CVR PARTNERS, LP'S RENEWED MOTION TO DISMISS

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendants CVR Energy, Inc. ("CVR Energy") and CVR Partners, LP ("CVR Partners") move the Court to dismiss all claims against them because Plaintiffs have not pleaded facts concerning CVR Energy and CVR Partners sufficient to state a claim upon which relief may be granted against either entity.

Plaintiffs seek to disregard the corporate form and pierce the corporate veil against CVR Energy and CVR Partners. But Plaintiffs have not pleaded facts to establish why it would be appropriate to disregard the corporate form and pierce the corporate veil. Plaintiffs therefore have failed to meet their burden to state a claim upon which relief may be granted against Defendants CVR Energy and CVR Partners under *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) or *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

WHEREFORE, Defendants CVR Energy, Inc., and CVR Partners, LP, respectfully ask the Court to issue its order dismissing all claims against them with prejudice, for an award of their taxable costs, and for such other and further relief as may be warranted under the circumstances.

Respectfully submitted,

/s/ Patrick N. Fanning

William G. Beck        D. Kan. #77974
Patrick N. Fanning      KS #19015
Elizabeth Hatting       MO #67337
Stephanie Bradshaw   KS #26716
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I filed the foregoing pleading via the district court's ECM/ECF system, with an electronic copy being automatically routed to all counsel who have entered an appearance.

*/s/ Patrick N. Fanning*
Attorney for Defendants
