IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN VEST, et al.,

               Plaintiffs,

v.

                                Case No. 5:26-cv-04011-KHV-JBW

CVR ENERGY, INC., et al.,

               Defendants.

### DEFENDANTS' PARTIAL MOTION TO DISMISS
### COUNT III OF AMENDED COMPLAINT (MEDICAL MONITORING CLAIM)

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendants CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC, move the Court to dismiss Count III of Plaintiffs' Amended Complaint because Kansas does not recognize a separate cause of action for medical monitoring. Plaintiffs have therefore failed to state a claim upon which relief may be granted against Defendants in Count III of their amended complaint under Rule 12(b)(6), *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).[1]

WHEREFORE, Defendants respectfully ask the Court to issue an order dismissing Count III of Plaintiffs' Amended Complaint with prejudice and for such other and further relief as may be warranted under the circumstances.

---

[1] Defendants previously moved to dismiss Count III of the original complaint for these same reasons. *See* Docs. 14–15. Despite amending their complaint, Plaintiffs fail to cure—and indeed cannot cure—the deficiencies in Count III. Defendants thus again move for partial dismissal of Count III.

2

Respectfully submitted,

*/s/ Patrick N. Fanning*

Patrick N. Fanning     KS #19015
William G. Beck         KS #77974
Elizabeth Hatting        MO #67337
Stephanie Bradshaw   KS #26716
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

2

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, I filed the foregoing pleading via the district court's ECM/ECF system, with an electronic copy being automatically routed to all counsel who have entered an appearance.

*/s/ Patrick N. Fanning*
An Attorney for Defendants

3