## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>  v.<br><br>CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC,<br><br>    Defendants. | Case No.: 5:26-cv-04011-KHV-TJJ |

## CERTIFICATE OF SERVICE

COMES NOW the Plaintiffs by and through their attorneys Daniel Shane Bangerter and Fletcher Trammell and notifies the Court that they issued Plaintiff's Initial Disclosures upon counsel for the same.

Respectfully submitted,

 /s/ Daniel Shane Bangerter
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740

1

2

Fax: (800) 532-0992
fletch@trammellpc.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, I filed the above and foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

 */s/ Daniel Shane Bangerter*
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
*Counsel for Plaintiffs*

2