IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN VEST, et al.,

       Plaintiffs,

       v.

CVR ENERGY, INC., et al.,

       Defendants.

Case No. 5:26-cv-04011-KHV-TJJ

## CERTIFICATE OF SERVICE OF INITIAL RULE 26(a)(1) DISCLOSURES

I hereby certify that on May 6, 2026, a true and correct copy of **Defendants CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC's Rule 26(a)(1) Disclosures** were served via electronic mail on the following counsel of record:

**Daniel Shane Bangerter**
Bangerter Law, PA
PO Box 1118
Dodge City, KS 67801
620-339-4115
Fax: 620-682-9959
Email: shane@blawpa.com

**Fletcher Trammell**
Trammell PC
3262 Westheimer Rd #423
Houston, TX 77098
800-405-1740
Fax: 800-532-0992
Email: fletch@trammellpc.com
*Attorney for Plaintiffs*

1

82678324v1

Date: May 6, 2026

Respectfully submitted,

*/s/ Patrick N. Fanning*
Patrick N. Fanning      KS #19015
William G. Beck         KS #77974
Elizabeth Hatting       MO #67337
Stephanie Bradshaw   MO #67564
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I filed the foregoing pleading via the district court's ECM/ECF system, with an electronic copy being automatically routed to all counsel who have entered an appearance.

*/s/ Patrick N. Fanning*
An Attorney for Defendants

82678324v1