## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons,<br><br>     Plaintiffs,<br><br>  v.<br><br>CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC,<br><br>     Defendants. | Case No.: 5:26-cv-04011-KHV-TJJ |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS

I hereby certify that on May 11, 2026, a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendants CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC were served via electronic mailing upon the following attorney of record:

Patrick N. Fanning
William G. Beck
Elizabeth Hatting
Stephanie Bradshaw
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
Emails: patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com
*Attorney for Defendants*

1

Date: May 11, 2026

Respectfully submitted,

 */s/ Daniel Shane Bangerter*
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on May 11, 2026, I filed the above and foregoing with the clerk of the

court by using the CM/ECF system which will send a notice of electronic filing to counsel

of record.

 */s/ Daniel Shane Bangerter*
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098

2

3

Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
*Counsel for Plaintiffs*