# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| John Vest, Margaret Culton, and William Yates, individually and as the representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC,<br><br>Defendants. | Case No.: 5:26-cv-04011-KHV-TJJ |

## <u>CERTIFICATE OF SERVICE OF PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO ALL DEFENDANTS AND PLAINTIFFS' FIRST SET OF INTERROGATORIES TO ALL DEFENDANTS</u>

I hereby certify that on May 18, 2026, a true and correct copy of Plaintiffs' Second Set of Requests for Production to All Defendants and Plaintiffs' First Set of Interrogatories to All Defendants were served via electronic mailing upon the following attorney of record:

Patrick N. Fanning
William G. Beck
Elizabeth Hatting
Stephanie Bradshaw
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
Emails: patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com
*Attorney for Defendants*

1

2

Date: May 18, 2026                            Respectfully submitted,

 */s/ Daniel Shane Bangerter*
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
*Pro hac vice*
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, I filed the above and foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

_/s/ Daniel Shane Bangerter_
Daniel Shane Bangerter (SC 14527)
**BANGERTER LAW, P.A.**
P.O. Box 1118
Dodge City, KS 67801
Tel: (620) 339-4115
Fax: (620) 682-9959
shane@blawpa.com

Fletch Trammell (TX Bar No. 24042053)
_Pro hac vice_
**TRAMMELL PC**
3262 Westheimer, #423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
_Counsel for Plaintiffs_

3