IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN VEST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CVR ENERGY, INC., et al., <br><br> Defendants. | Case No. 5:26-cv-04011-KHV-JBW |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, Defendants CVR Energy, Inc., CVR Partners, LP, Coffeyville Resources Nitrogen Fertilizers, LLC, and Coffeyville Resources Refining & Marketing, LLC ("Defendants") served (1) their First Supplemental Rule 26(a)(1) Disclosures, and (2) their production of documents identified in their Rule 26(a)(1) Disclosures, Bates labeled CVRE0000001–CVRE0012493, via electronic mail on the following counsel of record:

Daniel Shane Bangerter
Bangerter Law, PA
PO Box 1118
Dodge City, KS 67801
620-339-4115
Fax: 620-682-9959
Email: shane@blawpa.com

Fletcher Trammell
Trammell PC
3262 Westheimer Rd #423
Houston, TX 77098
800-405-1740
Fax: 800-532-0992
Email: fletch@trammellpc.com
*Attorney for Plaintiffs*

1

Date: June 12, 2026

Respectfully submitted,

*/s/ Patrick N. Fanning*

Patrick N. Fanning    KS #19015
William G. Beck    KS #77974
Elizabeth Hatting    MO #67337
Stephanie Bradshaw    MO #67564
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (fax)
patrick.fanning@lathropgpm.com
william.beck@lathropgpm.com
betty.hatting@lathropgpm.com
stephanie.bradshaw@lathropgpm.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I filed the foregoing pleading via the district court's ECM/ECF system, with an electronic copy being automatically routed to all counsel who have entered an appearance.

*/s/ Patrick N. Fanning*
An Attorney for Defendants

2